UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KATHLEEN DUNN,                     :
on behalf of herself and all
others similarly situated,         :

        v.                         :    CASE NO. 3:02CV1215 (AWT)

WATERFORD HOTEL GROUP, INC.,       :
doing business as Ramada, Ltd.


────────────────    J U D G M E N T

        Notice having been given on September 29, 2005 to counsel

of record of the proposed dismissal of this case pursuant to

Rule 41 of the Rules of Civil Procedure for the United States

District Court for the District of Connecticut, and no action

having been taken and no satisfactory explanation having been

submitted to the Court within twenty (20) days thereafter,

        It is accordingly ORDERED that this case be and is hereby

dismissed for want of prosecution.

        Dated at Hartford, Connecticut this 30th day of January,

2006.

                        KEVIN F. ROWE, CLERK


                    By:  _____
                          Sandra Smith
                          Deputy Clerk


EOD _____